Opinion by WILSON, J. In accordance with oral stipulation that the merchandise in entry 1489, case No. BCC 1174, and entry 2004, case No. BCC 1311, described as Norwegian luncheon sardines in tomato sauce, consists of sardines, prepared · or preserved in airtight containers, weighing with their contents not over 15 pounds each and not under 8 ounces each, and not packed in oil or in oil and other substances, the claim of the plaintiff was sustained.

No. 67105.—F. L. Kraemer & Co. et al. *v.* United States, protests 59/13627, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of sodium phosphate (brifisol 410) similar in all material respects to that the subject of *George A. Abood Co., Inc.* v. *United States* (47 Cust. Ct. 1, C.D. 2270), the claim of the plaintiffs was sustained.

No. 67106.—Benckiser, Inc. *v.* United States, protest 62/5686 (Galveston).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of sodium phosphate (brifisol 410) similar in all material respects to that the subject of *George A. Abood Co., Inc.* v. *United States* (47 Cust. Ct. 1, C.D. 2270), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 10, 1962

No. 67107.—Continental Diesel Corp. et al. *v.* United States protests 61/859, etc. (New York).

Opinion of LAWRENCE J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.